STATE OF CONNECTICUT *v.* DAVID LANIER

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 478 (AC 12776), is denied.

*Donald Dakers*, special public defender, in support of the petition.

*Michele C. Lukban*, deputy assistant state's attorney, in opposition.

Decided November 28, 1995